The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAQUAN KEON JACKSON,<br><br>Defendant. | NO. MJ 20-093 ~~CR20-093~~<br><br>[~~PROPOSED~~] ORDER TO EXTEND<br>TIME TO OBTAIN AN INDICTMENT |

This Court having considered the Motion of the United States and General Order 01-20 suspending the grand jury as one measure to reduce the spread and health risks from COVID-19, hereby

FINDS that based the interests of justice require an extension of the time period set forth in 18 U.S.C. § 3161(b) for the return of an indictment in this case. Therefore,

IT IS ORDERED that the deadline to indict Defendant Jaquan Keon Jackson in this matter is hereby extended to April 28, 2020.

DATED this _30th_ day of March, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:
/s/ Jessica M. Manca
JESSICA M. MANCA
Assistant United States Attorney

ORDER TO TOLL SPEEDY INDICTMENT- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970